STATE OF NEW JERSEY v. JOHN E. TISCHIO.

June 3, 1986.

Petition for certification denied. (See 208 *N.J.Super.* 343)

STATE OF NEW JERSEY v. ROBERT J. BELL.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ORESTES RODRIGUEZ.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF E.A.M.

June 3, 1986.

Petition for certification denied.